

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00622-CV

**IN RE** Marissa **PETERSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

After consideration, we **GRANT** real party in interest's unopposed third motion for extension of time to file a response to the petition for writ of mandamus.[2] Real party in interest's response is **due on or before December 29, 2022.** Additional requests for extension of time may be disfavored absent extenuating circumstances.

It is so **ORDERED** on December 22, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-19610, styled *Marissa Peterson v. HEB Grocery Co., LP.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.
[2] Real party in interest's motion is titled "Unopposed Motion for Additional 7-Day Extension of Time to File Response to Mandamus Petition Due to Covid-19."